UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. § § **Plaintiff,** § § v. § § U.S. DEPARTMENT OF § STATE, § § **Defendant.** § § | No. 12-cv-2034 RLW |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the U.S. Department of State, hereby answers plaintiff's complaint in the following numbered paragraphs, which correspond to the complaint's numbered paragraphs. Defendant specifically denies each and every allegation contained in the complaint not otherwise expressly admitted, qualified, or denied in this answer.

1. This paragraph sets forth plaintiff's assertion of jurisdiction and thus is a legal conclusion to which no response is required.

2. This paragraph sets forth plaintiff's assertion of venue and thus is a legal conclusion to which no response is required.

3. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits the first sentence of this paragraph. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this paragraph, and avers that it is currently conducting a search for records sought by plaintiff.

5. Defendant admits that plaintiff submitted a Freedom of Information Act ("FOIA") request dated September 24, 2012, and respectfully refers the Court to that request for a complete and accurate statement of its contents.

6. Defendant admits that it acknowledged receipt of plaintiff's request by letter dated October 12, 2012, and respectfully refers the Court to that letter for a complete and accurate statement of its contents.

7. This paragraph sets forth conclusions of law, to which no response is required.

8. This paragraph sets forth conclusions of law, to which no response is required.

9. Defendant denies the first sentence of this paragraph and avers that it advised plaintiff by letter dated October 12, 2012 that it would begin the processing of plaintiff's FOIA request and further advised in that same letter that unusual circumstances (including the number and location of Department components involved in responding to the request, the volume of requested records, etc.) might arise that would require additional time to process the request. Defendant admits the first and third clauses of the second sentence of this paragraph, but denies the second clause and avers that it advised plaintiff by letter dated October 12, 2012 that it would notify plaintiff as soon as responsive material has been retrieved and reviewed.

10. This paragraph sets forth conclusions of law, to which no response is required.

11. This paragraph references the allegations of all of the foregoing paragraphs of the complaint. To the extent a response is required, defendant respectfully refers the Court to its responses to those specific preceding paragraphs.

12. This paragraph sets forth a conclusion of law, to which no response is required.

13. This paragraph sets forth a conclusion of law, to which no response is required.

The remainder of the complaint constitutes plaintiff's prayer for relief, to which no response is required. To the extent a response is required, defendant denies that plaintiff is entitled to the requested belief.

**FIRST AFFIRMATIVE DEFENSE**

The FOIA request that is the subject of this lawsuit may implicate certain information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required.

WHEREFORE, having fully answered plaintiff's complaint, defendant prays for a judgment dismissing the complaint with prejudice and for such further relief as the Court may deem just.

January 28, 2013                                    Respectfully submitted,

                                                    STUART F. DELERY
                                                    Principal Deputy Assistant Attorney General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Branch Director

                                                     */s/ Jeffrey M. Smith*
                                                    JEFFREY M. SMITH (Bar No. 467936)
                                                    Senior Counsel
                                                    United States Department of Justice
                                                    20 Massachusetts Ave, NW
                                                    Washington, D.C. 20004
                                                    Tel: (202) 514-5751; Fax: (202) 616-8202
                                                    Jeffrey.Smith5@usdoj.gov

                                                    *Counsel for the United States*
                                                    *Department of State*