## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:12-cv-02034 (RBW)** |
| **THE UNITED STATES DEPARTMENT OF STATE,** | |
| **Defendant.** | |

### JOINT STATUS REPORT OCTOBER 8, 2014

Pursuant to the parties' most recent Joint Status Report from September 8, 2014, ECF No. 17, plaintiff, Judicial Watch, Inc., and defendant, the U.S. Department of State, agreed to provide a Joint Status Report no later than October 8, 2014, to submit a proposed briefing schedule in the event that this matter was not voluntarily dismissed. The parties now jointly submit this status report.

The parties have reached an agreement in principle for the resolution of this case, but that has not resulted in a voluntary dismissal yet because it is pending final governmental approval, which is expected to take place in the near future. Although the parties anticipate final approval and dismissal shortly, by the terms of the Court's minute order of September 9, 2014, the parties hereby submit the following proposed briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | Dec. 5, 2014 |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion: | Feb 5, 2015 |
| Defendant's Reply Brief and Opposition to Plaintiff's Motion: | March 5, 2015 |
| Plaintiff's Reply Brief: | March 26, 2015 |

October 8, 2014                          Respectfully Submitted,

 /s/ *Chris Fedeli*                       JOYCE BRANDA
CHRIS FEDELI (DC Bar #472919)            Acting Assistant Attorney General
Judicial Watch, Inc.
425 Third Street, SW Suite 800           ELIZABETH J. SHAPIRO
Washington, DC 20024                     Deputy Branch Director
Tel: (202) 646-5185
Fax: (202) 646-5199                       /s/ *Peter J. Phipps*
cfedeli@judicialwatch.org                PETER J. PHIPPS (DC Bar #502904)
                                         Senior Trial Counsel
*Attorney for Plaintiff*                  U.S. Department of Justice, Civil Division
                                         Federal Programs Branch
                                         Tel: (202) 616-8482
                                         Fax: (202) 616-8470
                                         Email: peter.phipps@usdoj.gov
                                         P.O. Box 883 Ben Franklin Station
                                         Washington, DC 20044

                                         *Attorneys for Defendant*