UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH ,

    *Plaintiff*,

         v.

U.S. DEPARTMENT OF STATE,

    *Defendant*.

Civil Action No. 12-cv-2034 (RBW)

## JOINT NOTICE OF FILING

In response to the Court's Order dated September 11, 2015 requesting the parties to jointly file "all Preservation Orders that have been issued by any other member of this Court, if any, that could affect the scope of any Preservation Order issued by the Court," the parties hereby submit the following order related to preservation:

- Minute Order dated August 7, 2015, by Judge Sullivan in *Judicial Watch v. State*, Civil Action No. 13-cv-1363 (Ex. 1).

Defendant further believes that the Minute Order dated July 31, 2015 by Judge Sullivan in that same case also can be viewed as related to preservation. (Ex. 2). Plaintiff does not believe this is a Preservation Order, but out of an abundance of caution Plaintiff has agreed to jointly submit it for the Court's consideration.

The Defendant has sent the letters referenced in the above-referenced orders. Copies of these letters, and any responses thereto, can be found on the docket in Civil Action No. 13-cv-1363 at ECF Nos. 18, 20, 22, and 24.

In addition, for this Court's awareness, Defendant notes that Judge Sullivan issued the attached Minute Order dated August 20, 2015, also in *Judicial Watch v, State*,

Civil Action No. 13-cv-1363 (Ex. 3).  In connection with that Order, the Defendant sent a letter to the FBI on September 2, 2015 (Ex.4).  Finally, on September 14, 2015, Defendant sent a second letter to the FBI (Ex. 5).  Plaintiff believes these final three exhibits are not responsive to the Court's September 11, 2015 Order.  Plaintiff particularly objects to the September 14, 2015 letter (Ex. 5), which discusses issues irrelevant to the scope of Plaintiff's Proposed Preservation Order directing Defendant to instruct former Secretary Clinton, David Kendall, or Platte River Networks to return any existing copies of the 31,380 withheld emails or to identify their location.  However, for the sake of sparing the Court additional docket entries, Plaintiff is allowing Defendant to include them here.

Dated:  September 16, 2015         Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

| /s/ Chris Fedili | /s/ Marsha Stelson Edney |
|---|---|
| CHRIS FEDELI | MARSHA STELSON EDNEY(DC Bar #414271) |
| (D.C. Bar # 472919) | Senior Trial Counsel |
| Judicial Watch, Inc. | U.S. Department of Justice, Civil Division |
| 435 Third Street SW | Federal Programs Branch |
| Washington, DC 20024 | 20 Massachusetts Ave N.W. |
| Tel: 202-646-5185 | Washington, DC 20530 |
| CFedeli@judicialwatch.org | |
| *Attorney for Plaintiff* | Tel: (202) 514-4520 |
| | Fax: (202) 616-8470 |
| | Email: marsha.edney@usdoj.gov |
| | *Attorneys for Defendant* |