**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case No. 12-2034-RBW |
| U.S. DEPARTMENT OF STATE, | ) | |
| *Defendant*. | ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's June 21, 2016 Order (ECF No. 40), plaintiff Judicial Watch, Inc. and defendant U.S. Department of State (the "parties") hereby submit this Joint Status Report. In its June 21, 2016 Order, the Court ordered "that this case is stayed, pending the completion of discovery in civil action nos. 13-CV-1363 and 14-CV-1242." ECF 40 at 2. The Court further ordered the parties to file Joint Status Reports every 45 days advising whether the stay in this case should be lifted.

Currently, plaintiff's two motions to compel additional discovery are pending in case 13-CV-1363, and the parties' competing proposed discovery orders are pending in case 14-CV-1242. Accordingly, the parties agree that this case may remain stayed consistent with the Court's order.

The parties will file a further Joint Status Report with the Court by March 13, 2017, or sooner as events may dictate.

| | |
|---|---|
| Dated: February 2, 2017 | Respectfully submitted, |
| *s/ Chris Fedeli* | CHAD A. READLER |
| Chris Fedeli, DC Bar 472919 | Acting Assistant Attorney General |
| **JUDICIAL WATCH, INC.** | |
| 425 Third Street, SW, Suite 800 | ELIZABETH J. SHAPIRO |
| Washington, DC 20024 | Deputy Branch Director |
| (202) 646-5185 | |
| cfedeli@judicialwatch.org | |
| | *s/ Marsha Stelson Edney* |
| *Attorney for Plaintiff* | MARSHA STELSON EDNEY (DC Bar 414271) |
| | Senior Trial Counsel |
| | U.S. Department of Justice, Civil Division |
| | Federal Programs Branch |
| | P.O. Box 883 Ben Franklin Station |
| | Washington, DC 20044 |
| | (202) 514-4520 |
| | marsha.edney@usdoj.gov |
| | |
| | *Attorneys for Defendant* |