# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 12-2034-RBW |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| *Defendant*. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's June 21, 2016 Order (ECF 40), plaintiff Judicial Watch, Inc. and defendant U.S. Department of State (the "parties") hereby submit this Joint Status Report. In its June 21, 2016 Order, the Court ordered "that this case is stayed, pending the completion of discovery in civil action nos. 13-CV-1363 and 14-CV-1242." ECF 40 at 2. The Court further ordered the parties to file Joint Status Reports every 45 days advising whether the stay in this case should be lifted.

Plaintiff's two motions to compel additional discovery are still pending in case 13-CV-1363, and the parties' competing proposed discovery orders are also still pending in case 14-CV-1242. Accordingly, the parties agree that this case may remain stayed consistent with the Court's order.

The parties propose to file a further Joint Status Report with the Court by May 10, 2018, or sooner as events may dictate.

Dated: March 26, 2018

*s/ Chris Fedeli*
Chris Fedeli, DC Bar 472919
**JUDICIAL WATCH, INC.**
425 Third Street, SW, Suite 800
Washington, DC 20024
(202) 646-5185
cfedeli@judicialwatch.org

*Attorney for Plaintiff*

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ Marsha Stelson Edney*
MARSHA STELSON EDNEY (DC Bar 414271)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, DC 20044
(202) 514-4520
marsha.edney@usdoj.gov

*Attorneys for Defendant*